# EXHIBIT C

**Claim Charts – demonstrating infringement of claims 15 and 17 of U.S. Pat. No. 10,098,402 by Defendant's Accused Products**

| | |
|---|---|
| 15. A helmet configured to be worn by a football player while playing football, comprising: | All of the Accused Products are helmets to be worn by a football player:<br><br> |
| a crown portion;<br><br>a front portion extending generally forward and downward from the crown portion;<br><br>left and right side portions extending generally downward and laterally from the crown portion; | All of the Accused Products include a crown portion, a front portion extending generally forward and downward from the crown portion, and left and right side portions extending generally downward and laterally from the crown portion, as shown in an exemplary image of the Schutt F7 Pro Helmet:<br><br> |

Complaint Ex. C, Page 1

| | |
|---|---|
| a rear portion extending generally rearward and downward from the crown portion; and | All of the Accused Products include a rear portion extending generally rearward and downward from the crown portion, as shown in another exemplary image of the Schutt F7 Pro Helmet:<br><br><br>Rear portion |
| a plurality of pairs of adjacent and generally parallel slots penetrating at least partially from an exterior to an interior of a single layer shell of the helmet, | As shown below in exemplary images of the Schutt F7 Air Youth Helmet shell, the Accused Products include a plurality of pairs of adjacent and generally parallel slots in the shell, each of which penetrates at least partially from an exterior to an interior of the single layer shell:<br><br><br>Adjacent slots |

Complaint Ex. C, Page 2



| | |
|---|---|
| each pair of slots defining a beam portion configured to absorb energy to a greater extent than in the absence of the slots when the exterior of the helmet is impacted; | As indicated by the captions in the images above, each of the pairs of adjacent slots defines a beam portion that flexes upon impact and therefore absorbs more energy than in the absence of the slots. |
| wherein each slot extends along the helmet without extending to an edge portion of the helmet. | As shown in the images above, each slot in the Accused Products extends along the helmet without reaching an edge portion of the helmet. |
| 17. The helmet of claim 15, wherein the slots extend entirely through the shell. | As shown in the images above, at least some of the pairs of slots in the Accused Products extend entirely through the shell of the helmet. |